**KATHLEEN M. DIGIOVANNI, Esq. (#01646-2008)**
**Levinson Axelrod, P.A.**
3641 US 9 North
Howell, NJ 07731
T: (732) 730-9600
F: (732) 730-9630
kdigiovanni@njlawyers.com
*Attorneys for Plaintiffs Helen E. Kinsella &*
*Brian Kinsella*

**IN THE UNITED STATES DISTRICT COUT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **HELEN E. KINSELLA AND BRIAN KINSELLA,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE UNITED STATES OF AMERICA, "JOHN DOES 1-10" & "ABC CORPORATIONS 1-10",**<br><br>Defendants. | CIVIL ACTION NO.<br><br>Civil Action<br><br>**COMPLAINT AND JURY DEMAND** |

Plaintiffs, **HELEN E. KINSELLA AND BRIAN KINSELLA**, residing at 164 Howell Road, in the Township of Freehold, County of Monmouth, and State of New Jersey says that:

**<u>JURISDICTION AND VENUE</u>**

1. The United States Federal District Court for the District of New Jersey has jurisdiction in this matter over claims against the defendant, United States of America, under the terms and provisions of 28 U.S.C.A. Section 1346(B)(1).

2. The defendant, The United States of America, is the party under law legally responsible for the negligent acts and omissions of the United States Post Service.

3. Venue is proper in this Court pursuant to 28 U.S.C. 1391 (b) in that all events that are the subject matter of this complaint took place within New Jersey.

4. A claim was presented on behalf of plaintiff to the United States Postal Service on December 18, 2025.

**FIRST COUNT**

1. On or about September 16, 2025, the plaintiff, **HELEN E. KINSELLA**, was legally and lawfully upon the premises of the United States Postal Service, the defendant, **THE UNITED STATES OF AMERICA**, located at 200 Village Center Drive, in the Township of Freehold, County of Monmouth, and State of New Jersey.

2. At the time and place aforesaid, the subject premises was owned, operated, controlled, inspected, maintained, and/or repaired by the United States Postal Service, the defendant, **THE UNITED STATES OF AMERICA**.

3. As such, the defendant, **THE UNITED STATES OF AMERICA**, maintained a dangerous condition on the premises in the area described above, causing the plaintiff, **HELEN E. KINSELLA**, to fall, causing serious injury.

4. As a direct and proximate result of the negligence of defendant, **THE UNITED STATES OF AMERICA**, in the ownership, operation, control, maintenance, inspection, and/or repair of the subject premises, the plaintiff was caused to sustain severe, serious, and permanent injuries. Plaintiff was caused to suffer great pain and anguish and will in the future be caused to suffer great pain and anguish; she was caused to lose time from her employment and will, in the future, be caused to lose time from her employment; she was caused to incur medical expenses and will, in the

future be caused to incur medical expenses; she has been and will be in the future be disabled and prevented from attending to her necessary affairs and business.

**WHEREFORE**, the plaintiff, **HELEN E. KINSELLA**, demands judgment against the defendant, **THE UNITED STATES OF AMERICA**, for damages, interest, and costs of suit.

**SECOND COUNT**

1. Plaintiff, **HELEN E. KINSELLA**, repeats and realleges the allegations of the First Count of the Complaint as if more fully set forth at length herein.

2. At the time and place aforesaid the subject premises was owned, operated, controlled, inspected, maintained, and/or repaired by fictitious defendants, **"JOHN DOES 1-10"** and **"ABC CORPORATIONS 1-10"**.

3. As such, defendants **"JOHN DOES 1-10"** and **"ABC CORPORATIONS 1-10"** maintained a dangerous condition on the premises in the area described above, causing the plaintiff **HELEN E. KINSELLA** to fall, causing serious injury.

4. As a direct and proximate result of the negligence of defendants, **"JOHN DOES 1-10"** and **"ABC CORPORATIONS 1-10"**, in the ownership, operation, control, maintenance, inspection, and/or repair of the subject premises, the plaintiff was caused to sustain severe, serious, and permanent injuries. Plaintiff was caused to suffer great pain and anguish and will in the future be caused to suffer great pain and anguish; she was caused to lose time from her employment and will, in the future, be caused to lose time from her employment; she was caused to incur medical expenses and will, in the future be caused to incur medical expenses; she has been and will be in the future be disabled and prevented from attending to her necessary affairs and business.

**WHEREFORE,** the plaintiff, **HELEN E. KINSELLA**, demands judgment against the defendants, **"JOHN DOES 1-10"** and **"ABC CORPORATIONS 1-10"**, individually, jointly, and severally and in the alternative for damages, interest, and costs of suit.

**THIRD COUNT**

1. Plaintiff, **HELEN E. KINSELLA**, repeats and realleges the allegations of the First and Second Counts of the Complaint as if more fully set forth at length herein.

2. The plaintiff herein alleges that there was a breach of various regulations that constitutes a statutory tort.

**WHEREFORE,** the plaintiff, **HELEN E. KINSELLA**, demands judgment against the defendants, **THE UNITED STATES OF AMERICA, "JOHN DOES 1-10" & "ABC CORPORATIONS 1-10"**, jointly, severally, or in the alternative for damages, interest, and costs of suit.

**FOURTH COUNT**

1. Plaintiff, **BRIAN KINSELLA**, repeat and reallege the allegations contained in the First, Second, and Third Counts as if the same were more fully set forth herein and made a part hereof.

2. At the time of the accident and down to the present date the plaintiff, **BRIAN KINSELLA**, has been the husband of **HELEN E. KINSELLA**, and as such is responsible for the medical bills incurred by her. As the husband of **HELEN E. KINSELLA**, he was also entitled to her love, services, and consortium, all of which he has been deprived of due to the negligence of the defendant.

**WHEREFORE**, the plaintiff, **BRIAN KINSELLA**, demands judgment against the defendant jointly, severally or in the alternative for damages, interest, and costs of suit.

**JURY DEMAND**

PLEASE TAKE NOTICE that the Plaintiffs demand a trial by jury as to all issues triable.

**CERTIFICATION**

I hereby certify that this matter is not the subject matter of any other suit presently pending in any other court or American Arbitration proceeding. At this time, no other court proceeding or America Arbitration is contemplated.

**LEVINSON AXELROD, P.A.**
Attorneys for the Plaintiffs, Helen E. Kinsella and Brian Kinsella

Kathleen DiGiovanni
KATHLEEN M. DIGIOVANNI, Esq.

Dated: October 5, 2026

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
HELEN E. KINSELLA AND BRIAN KINSELLA

**DEFENDANTS**
THE UNITED STATES OF AMERICA, "JOHN DOES 1-10" & "ABC CORPORATIONS 1-10"

**(b)** County of Residence of First Listed Plaintiff: Monmouth
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Washington,D.C.
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Levinson Axelrod, 3641 Rt. 9 North, Howell, NJ 07731
(732) 730-9600

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
28 U.S. C.A. Section 1346 (b) (1)

Brief description of cause:
Plaintiff tripped and fell at the United States Post Office located in Freehold, NJ.

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*

JUDGE ______ DOCKET NUMBER ______

DATE ______ SIGNATURE OF ATTORNEY OF RECORD ______

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If there are related cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.